Doc#: 55943 Bk:29973 Pg: 349

Prepared by: RALPH FLORES
1800 TAPO CANYON RD
SIMI VALLEY, CA 93063
Phone#: (213) 456-1890

Recording requested by:
BANK OF AMERICA, N.A.

When recorded mail to:
BANK OF AMERICA N.A.
DOCUMENT PROCESSING MAIL
CODE:TX2-979-01-19
4500 AMON CARTER BLVD
FORTH WORTH, TX 76155
Attn: ASSIGNMENT UNIT

## CORPORATION ASSIGNMENT OF MORTGAGE

Doc. ID# 71222877418832914
Commitment# A97128

For value received, the undersigned, BANK OF AMERICA, N.A., 1800 TAPO CANYON RD, SIMI VALLEY, CA 93063, hereby grants, assigns and transfers to:
OCWEN LOAN SERVICING, LLC
1661 WORTHINGTON RD.SUITE 100, WEST PALM BEACH, FL 33409

All its interest under that certain Mortgage dated 12/13/10, executed by:
SARAH WILKINSON, Mortgagor as per MORTGAGE recorded as Instrument No. 70176
on 12/15/10 in Book 28362 Page 144 of official records in the County
Recorder's Office of CUMBERLAND County, MAINE.
   Tax Parcel = 024252000000,   HARPSWELL TOWN TAX COLLECTOR
Original Mortgage $404,000.00
7 CRAGMOOR LANE, HARPSWELL, ME 04079

Together with the Note or Notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Mortgage.

Dated: 09/11/2012     BANK OF AMERICA, N.A.

By _____
   RALPH FLORES, ASSISTANT VICE PRESIDENT

State of California
County of Ventura

On 09/11/2012 before me, ANITA J. CALDERON , Notary Public, personally appeared RALPH FLORES, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

Signature: _____
          ANITA J. CALDERON

ANITA J. CALDERON
Commission # 1931780
Notary Public - California
Ventura County
My Comm. Expires May 5, 2015

Received
Recorded Register of Deeds
Sep 28,2012 09:50:08A
Cumberland County
Pamela E. Lovley


EXHIBIT D