UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust** | |
| **Plaintiff** | CIVIL ACTION NO: 2:19-cv-00138-LEW |
| vs. | RE:<br>7 Cragmoor Lane, Harpswell, ME 04079 |
| **Sarah Wilkinson** | Mortgage:<br>December 13, 2010<br>Book 28362, Page 144 |
| **Defendant** | |

## CONSENT JUDGMENT OF FORECLOSURE AND SALE

Now comes the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, and the Defendant, Sarah Wilkinson and hereby submits this Consent Judgment of Foreclosure and Sale.

Count II – Breach of Note, Count III – Breach of Contract, Money Had and Received, Count IV – Quantum Meruit, and Count V – Unjust Enrichment, are hereby **DISMISSED** without prejudice at the request of the Plaintiff. **JUDGMENT** on Count I – Foreclosure, is hereby **ENTERED** as follows:

1. If the Defendant or his/her heirs or assigns pays U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("U.S. Bank") the amount adjudged due and owing ($583,770.21) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, U.S. Bank shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Principal Balance | $400,233.76 |
| Escrow Balance: | $40,836.70 |
| Per Diem Add: | $49.34 |
| Interest: | $141,012.81 |
| Late Charge: | $1,637.60 |
| **Grand Total:** | **$583,770.21** |

2. If the Defendant or his/her heirs or assigns does not pay U.S. Bank the amount adjudged due and owing ($583,770.21) within 90 days of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, his/her remaining rights to possession of the Harpswell Property shall terminate, U.S. Bank shall conduct a public sale of the Harpswell Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $583,770.21 after deducting the expenses of the sale, with any surplus to the Defendant, or their heirs or assigns, in accordance with 14 M.R.S.A. § 6324. U.S. Bank may not seek a deficiency judgment against the Defendant pursuant to the Plaintiff's waiver of deficiency.

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

4. The amount due and owing is $583,770.21.

5. U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust has first priority, in the amount of $583,770.21, pursuant to the subject Note and Mortgage and there are no parties in interest other than the Defendant, who have second priority.

6. The prejudgment interest rate is 4.50000%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 8.59%, *see* 14 M.R.S.A. § 1602-C.

7. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust | John A. Doonan, Esq.<br>Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 225D<br>Beverly, MA 01915 |
| DEFENDANT | Sarah Wilkinson<br>42 Random Road<br>Rye, NH 03870 | Pro Se |

a) The docket number of this case is No. 2:19-cv-00138-LEW.

b) The Defendant, the only party to these proceedings besides U.S. Bank, received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 7 Cragmoor Lane, Harpswell, ME 04079, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 7 Cragmoor Lane, Harpswell, ME 04079. The Mortgage was executed by the Defendant on December 13, 2010. The book and page number of the Mortgage in the Cumberland County Registry of Deeds is Book 28362, Page 144.

e) This judgment shall not create any personal liability on the part of the Defendant but shall act solely as an in rem judgment against the property, 7 Cragmoor Lane, Harpswell, ME 04079.

Dated: August 30, 2019

/s/ Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Doonan, Graves & Longoria, LLC
100 Cummings Center
Suite 225D
Beverly, MA 01915

Dated July 20, 2019

                                      /s/ Sarah Wilkinson
                                      Sarah Wilkinson
                                      42 Random Road
                                      Rye, NH 03870

**SO ORDERED.**

                                      /s/Lance E. Walker
                                      United States District Judge

Dated this 5th day of September, 2019.